NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY LEE BROWN, DC #34084,          )
                                      )
              Appellant,              )
                                      )
v.                                    )
                                      )    Case No.  2D18-1750
STATE OF FLORIDA,                     )
                                      )
              Appellee.               )
                                      )
_____  )

Opinion filed June 28, 2019.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nicole Joanne
Martingano, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


              Affirmed.


SLEET, ROTHSTEIN-YOUAKIM, and BADALAMENTI, JJ., Concur.